IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| ISAIAH D. WHEELER,<br><br>Plaintiff,<br><br>vs.<br><br>TONY CORDOVA, and JAMIE BUCK,<br><br>Defendants. | CV-22-91-H-SEH<br><br><br>ORDER |

On May 15, 2023, plaintiff Isaiah D. Wheeler, proceeding *pro se*, moved to dismiss the case with prejudice.[1]

**ORDERED:**

1. Plaintiff's Motion to Dismiss[2] is **GRANTED**.

2. The case is **DISMISSED WITH PREJUDICE** and the Clerk of Court is directed to close this case.

DATED this 15th day of May, 2023.

Sam E. Haddon
United States District Court

---

[1] Doc. 12.
[2] Doc. 12.